# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

2012 FEB 29  PM 2: 22

| | | |
|---|---|---|
| SCOTT BUENROSTRO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Action No.** 1:11-cv-206-LY |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: *February 29 2012.*

_____
United States District Judge

1