IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT BUENROSTRO, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-11-CV-206-LY |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § | |
| | § | |
| DEFENDANT. | § | |

### FINAL JUDGMENT

Before the court is the above-styled and numbered cause of action. On this day, the court dismissed Plaintiff Scott Buenrostro's complaint with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this 29th day of February, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE